417 A.2d 775

Moreno v. Moreno, Appellant.

Argued April 9, 1979. Joanne Ross Wilder, for appellant; John F. Karns, for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

PER CURIAM:

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.